UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DARLENE MELANSON-OLIMPO,

                            Plaintiff,                   16 **CIVIL** 8735 (NSR)

           -against-                    **JUDGMENT**

WAL-MART STORES EAST, LP.
                         Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 6, 2019, Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

**Dated:** New York, New York
           March 8, 2019

                                                          RUBY J. KRAJICK
                                                          Clerk of Court
                                             BY:
                                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/8/19